IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

    Plaintiff,                    No. CIV S-04-0758 GEB PAN P

    vs.

FORSYTHE, et al.,

    Defendants.           <u>ORDER</u>

                           /

        Plaintiff has requested an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 30, 2006 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint that complies with this court's April 27, 2006 order.

DATED: June 14, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

/mp:001
keet0758.36

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26