IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

    Plaintiff,                    No. CIV S-04-0758 GEB PAN P

    vs.

FORSYTHE, et al.,

    Defendants.              <u>ORDER</u>

/

        Plaintiff has filed his second request for an extension of time to file an amended complaint. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's July 20, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. No further extensions of time will be granted.

DATED: July 26, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp
keet0758.36sec