IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

      Plaintiff,                      No. CIV S-04-0758 GEB EFB P

      vs.

FORSYTHE, et al.,

      Defendants.        ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983.  On August 28, 2006, plaintiff filed an amended complaint.

      The amended complaint at least states cognizable claims for relief against all defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

      Accordingly, it hereby is ordered that:

      1. Service is appropriate for defendants Blackford, Bowers, Carroll, Cry, Demars Forsythe, Gust and Perez.

      2. The Clerk of the Court shall send plaintiff eight USM-285 forms, one summons, an instruction sheet and one copy of the August 28, 2006, pleading.

      3. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-

1  285 forms and nine copies of the endorsed August 28, 2006, pleading.

2      4.  Upon receipt of the necessary materials, the court will direct the United States

3  Marshal to serve defendants Blackford, Bowers, Carroll, Cry, Demars Forsythe, Gust and Perez

4  pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5  Dated:  November 14, 2006.

          EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

,

        Plaintiff,        No. CIV S-

   vs.

,

        Defendant[s].        <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

                             /

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       __1__     completed summons form

       _____     completed forms USM-285

       _____     copies of the _____
                               XxFirst Amended Complaint

Dated:

                                      _____
                                          Plaintiff