IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

      Plaintiff,                    No. CIV S-04-0758 GEB EFB P

      vs.

FORSYTHE, et al.,

      Defendants.           <u>ORDER</u>

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants request an extension of time to file and serve a response to the complaint. *See* Fed. R. Civ. P. 6(b).

      Defendants' March 22, 2007, request is granted and defendants have 20 days from the date this order is served to file and serve a response to the complaint.

      So ordered.

Dated: March 29, 2007.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE